## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**STANLEY PARK**                                                                    **PLAINTIFF**

**V.**                                                          **CAUSE NUMBER: 3:26-cv-00138-JDM-RP**

**EUGENE COCORAN and**
**ERIC KOMITEE**                                                                 **DEFENDANTS**

## JUDGMENT

The Court on its own motion DISMISSES this action with prejudice. Plaintiff Stanley Park did not pay the filing fee when filing his complaint. Instead, he seeks to proceed in forma pauperis (IFP). [2] But IFP actions are governed by 28 U.S.C. § 1915(e)(2). *Newsome v. E.E.O.C.*, 301 F.3d 227, 231 (5th Cir. 2002). And Section 1915(e)(2) provides for the *sua sponte* dismissal of the complaint if the Court finds it is "frivolous or malicious" or if it "fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B))(i), (ii). And here, the complaint meets both criteria. The three-sentence complaint is so devoid of any cognizable claim—let alone one that triggers this Court's jurisdiction—that it cannot be construed as anything other than frivolous.

This action is **DISMISSED with prejudice**.

This case is **CLOSED**.

**SO ORDERED** this the 1st day of June, 2026.

> /s/ James D. Maxwell II
> UNITED STATES DISTRICT JUDGE
> NORTHERN DISTRICT OF MISSISSIPPI